Appendix A

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Ilaria Krochta
_____
Plaintiff(s)

v.   CIVIL ACTION NO. 1:14-cv-12868-NMG

Bryant Hodge & Associates, LLC
_____
Defendant(s)

### FORM OF
### DEFAULT JUDGMENT

Nathaniel M. Gorton, D.J.

Defendant Bryant Hodge & Associates, LLC having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $ 1,000.00 that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the sum of $ 5,006.25.

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant Bryant Hodge & Associates, LLC the principal amount of $ 1,000.00, with costs in the amount of $ 5,006.25 and prejudgment interest at the rate of 0 % from N/A to N/A in the amount of $ N/A for a total judgment of $ 6,006.25 with interest as provided by law.

Dated: 6/7/15

By the Court,

_____
Deputy Clerk

NOTE: The post judgment interest rate effective this date is .33 %.